Decided September 15, 1998

SAYBROOK POINT MARINA PARTNERSHIP *v.* TOWN OF OLD SAYBROOK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 106 (AC 16251), is denied.

*Jeremiah Donovan*, in support of the petition.

*Deborah J. Blood*, in opposition.

Decided September 15, 1998